

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00148-CR

_____

BRYAN KEITH PRICE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100ᵗʰ District Court
Collingsworth County, Texas
Trial Court No. 2880, Honorable Stuart Messer, Presiding

June 7, 2013

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Bryan Keith Price appeals his conviction for aggravated sexual assault. The clerk's record was filed on May 13, 2013. The court reporter has filed a motion to extend the time to file the record because appellant apparently failed to pay or make arrangements to pay for it, as required by Texas Rules of Appellate Procedure 35.3(b)(3). By letter dated May 22, 2013, we directed appellant to certify to this court, by June 3, 2013, that he had complied with rule of procedure 35.3(b)(3). To date, this

court has not received either the reporter's record or notification that the record has been paid for or that arrangements have been made for payment.

Accordingly, we abate this appeal and remand the cause to the 100th District Court of Collingsworth County (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether appellant is entitled to a free record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters (including the name, address, and phone number of any attorney it may appoint to represent appellant in this appeal) in a supplemental record and cause that record to be filed with this court by July 8, 2013. Should further time be needed to perform these tasks, then same must be requested before July 8, 2013.

It is so ordered.

Per Curiam

Do not publish.

2